Brian T. Hill
PLAINTIFF/PETITIONER/MOVANT'S NAME

H67149
PRISON NUMBER

Corcoran II's SATF
PLACE OF CONFINEMENT

P.O. Box 5246
Corcoran, CA. 93212
ADDRESS

FILED

JUL 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Brian T. Hill
_____
Plaintiff/Petitioner/Movant

v.

Larry E. Scribner
_____
Defendant/Respondent

Civil No. '08 CV 1180 JM (WMC)

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Brian T. Hill
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  Corcoran II's SATF
   Are you employed at the institution?  ☒Yes ☐No
   Do you receive any payment from the institution?  ☒Yes ☐No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☒ Yes ☐ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $0.50 ; pay period Sunday - Thursday 1:30 p.m. to 5:15 and 5:30 p.m. to 8; Ken Clark Warden P.O. Box 4100, Corcoran, CA. 93212

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment ☐ Yes ☒ No
b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
c. Pensions, annuities or life insurance ☐ Yes ☒ No
d. Disability or workers compensation ☐ Yes ☒ No
e. Social Security, disability or other welfare ☐ Yes ☒ No
e. Gifts or inheritances ☐ Yes ☒ No
f. Spousal or child support ☐ Yes ☒ No
g. Any other sources ☐ Yes ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

_____

_____

4. Do you have any checking account(s)? ☐ Yes ☒ No
a. Name(s) and address(es) of bank(s): _____
b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
a. Name(s) and address(es) of bank(s): _____
b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
a. Make: _____ Year: _____ Model: _____
b. Is it financed? ☐ Yes ☐ No
c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N|A

   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): Feder
   ~al Filing Fees. Southern and
   central District courts

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): None

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. State
   and federal Funding for california
   state) prisoners: Prison officials
   are Denying me these Rights

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____June 25th 08_____          _____B_____
          DATE                         SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                    -3-                    K:\COMMON\FORMS\CIV-67

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant _____Brian T. Hill_____

(NAME OF INMATE)

___H67149_____

(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

___Corcoran State Prison IS SATF_____

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____0_____

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

the past six months the applicant's *average monthly balance* was $ ___20.45_____.

and the *average monthly deposits* to the applicant's account was $ ___32.20_____

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

JUN 2 3 2008

_____
DATE

_M Jordan_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

Monica Jordan_____
OFFICER'S FULL NAME (PRINTED)

Account Clerk II_____
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, *Brian T. Hill H61149*, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_June 25th, 08_
DATE

_B. H_____
SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 06/23/08
                                                                           PAGE NO:           1
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                     SATF/SP AT CORCORAN
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 23, 2008

ACCOUNT NUMBER : H67149                      BED/CELL NUMBER: FCB2T1000000121U
ACCOUNT NAME   : HILL, BRIAN TERRELL         ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE   DESCRIPTION     COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----   ----   -----------     -------      ---------  --------   -----------   -------

12/01/2007    BEGINNING BALANCE                                                  0.00

12/05  D554   INMATE PAYROL   3057/11-07              12.38                     12.38
12/05  W215   FEDERAL FILIN   3075/6808A                          2.06          10.32
12/05  W215   FEDERAL FILIN   3075/6808                           2.06           8.26
12/05  W215   FEDERAL FILIN   3075/5012                           2.06           6.20
12/05  W215   FEDERAL FILIN   3075/5012A                          2.06           4.14
12/05  W213   FEDERAL FILIN   3078/5839A                          2.06           2.08
12/05  W213   FEDERAL FILIN   3078/0031                           2.08           0.00
12/05  W512   LEGAL POSTAGE   3071/LPOST                          2.66           2.66-
12/05  W919   REVERSE LEGAL   3079/3071                           2.66-          0.00
       ACTIVITY FOR 2008
02/07  D554   INMATE PAYROL   4021/DEC07               6.82                      6.82
02/07  D554   INMATE PAYROL   4022/01-08              31.63                     38.45
02/07  W215   FEDERAL FILIN   4035/6808A                          1.36          37.09
02/07  W215   FEDERAL FILIN   4035/6808                           6.33          30.76
02/07  W215   FEDERAL FILIN   4035/6808                           1.36          29.40
02/07  W215   FEDERAL FILIN   4035/5012                           6.33          23.07
02/07  W215   FEDERAL FILIN   4035/5012                           1.36          21.71
02/07  W215   FEDERAL FILIN   4035/5012                           6.33          15.38
02/07  W215   FEDERAL FILIN   4035/5012                           1.36          14.02
02/07  W215   FEDERAL FILIN   4035/5012                           6.33           7.69
02/15  W512   LEGAL POSTAGE   4198/LPOST                          2.49           5.20
02/15  W512   LEGAL POSTAGE   4198/LPOST                          2.32           2.88
02/26  W512   LEGAL POSTAGE   4363/LPOST                          2.15           0.73
03/05  D554   INMATE PAYROL   4470/02-08              30.03                     30.76
03/05  W215   FEDERAL FILIN   4498/6808                           6.01          24.75
03/05  W215   FEDERAL FILIN   4498/6808A                          6.01          18.74
03/05  W215   FEDERAL FILIN   4498/5012                           6.01          12.73
03/05  W215   FEDERAL FILIN   4498/5012A                          6.01           6.72
03/10  FC03   DRAW-FAC 3      4574/FAC C                          6.72           0.00
04/07  D554   INMATE PAYROL   4963/03-08              29.69                     29.69
04/07  W215   FEDERAL FILIN   4984/6808                           4.95          24.74
04/07  W215   FEDERAL FILIN   4984/6808A                          4.95          19.79
04/07  W215   FEDERAL FILIN   4984/5012                           4.95          14.84
04/07  W215   FEDERAL FILIN   4984/5012A                          4.95           9.89
04/07  W213   FEDERAL FILIN   4986/0012                           4.95           4.94
04/07  W213   FEDERAL FILIN   4986/0012A                          4.94           0.00
05/06  D554   INMATE PAYROL   5496/04-08              43.07                     43.07
05/06  W215   FEDERAL FILIN   5516/5012                           7.18          35.89
05/06  W215   FEDERAL FILIN   5516/6808                           7.18          28.71
05/06  W215   FEDERAL FILIN   5516/6808                           7.18          21.53
05/06  W215   FEDERAL FILIN   5516/5012                           7.18          14.35
05/06  W213   FEDERAL FILIN   5521/5839                           7.17           7.18
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 06/23/08
                                                               PAGE NO:       2

                          SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 23, 2008

ACCT: H67149      ACCT NAME: HILL, BRIAN TERRELL        ACCT TYPE: I
     TRAN
DATE CODE DESCRIPTION   COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
---- ---- ------------  ---------   ---------  --------  -----------  --------
05/06 W213 FEDERAL FILIN 5521/0031                                       0.00
06/05 D554 INMATE PAYROL 6023/05-08             39.59                   39.59
06/05 W215 FEDERAL FILIN 6054/6808                          7.18        32.99
06/05 W215 FEDERAL FILIN 6054/6808A                         6.60        26.39
06/05 W215 FEDERAL FILIN 6054/5012A                         6.60        19.79
06/05 W215 FEDERAL FILIN 6054/5012                          6.60        13.19
06/05 W213 FEDERAL FILIN 6056/0012A                         6.60         6.60
06/05 W213 FEDERAL FILIN 6056/0012                          6.59         0.00

                          CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE        DESCRIPTION          COMMENT        HOLD AMOUNT
------      ----     -------------------   -----------      -----------
06/20/2008  H114    COPAY FEE, MED.        6333/15446           5.00

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL        CURRENT     HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS     BALANCE    BALANCE     TO BE POSTED
---------    --------    -----------     -------    -------     ------------
   0.00        39.59       193.21         0.00       5.00          0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                             5.00-
```