IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN T. HILL,**<br><br>                              Petitioner,<br><br>    v.<br><br>**MATTHEW CATE, et al.,**<br><br>                              Respondent. | CV 08-1180 JM (WMc)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ORDERED RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Courtroom:  C<br>Judge:  The Honorable William McCurine, Jr. |

Respondent Ken Clark, Warden, California Substance Abuse Treatment Facility and State Prison, applied ex parte for an extension of time to file his Motion to Dismiss and Answer to the Petition for Writ of Habeas Corpus. Good cause therefore appearing, IT IS HEREBY ORDERED:

1. Respondent is granted a thirty-day extension of time, through November 26, 2008, to file a Motion to Dismiss the Petition for Writ of Habeas Corpus, or in the alternative, through December 12, 2008, to file an Answer to the Petition for Writ of Habeas Corpus.

2. After the filing of Respondent's Motion to Dismiss or Answer, Petitioner shall have thirty days within which to file an Opposition or Traverse.

IT IS SO ORDERED.

DATED: October 27, 2008

_WMcCurine Jr._
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court