# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

BRIAN T. HILL

**V.**

MATTHEW L. CATE, Secretary,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    08cv1180 JM(WMc)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the Report and Recommendation in its entirety. The Petition is dismissed as time-barred.............................................................................................................................................
............................................................................................................................................................

| September 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON September 14, 2009